UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

ALLAN DAVID BURRAGE,               BANKRUPTCY
AND ANNE MARIE BURRAGE,            CASE NO.: 8:23-bk-03887-RCT

Debtors.
_____/

## DECLARATION OF PROPOSED SPECIAL COUNSEL

I, Alejandro J. Mendez, Esq., declare under penalty of perjury pursuant to the provisions of 28 U.S.C. §1746 that the following statements are true and correct:

1. I, Alejandro J. Mendez, am a partner in the law firm of Shrader, Mendez and O'Connell (collectively "Shrader, Mendez & O'Connell"), which has its principal place of business at 612 W. Bay Street, Tampa, FL 33606. Shrader, Mendez and O'Connell has agreed to provide assistance as special counsel to the Chapter 7 Trustee, Stephen L. Meininger (the "Trustee"), and I make this declaration in support of an Order authorizing such retention and employment. I have personal knowledge of and am competent to testify to the matters set forth herein.

2. To the best of my knowledge, information and belief, no individual at Shrader, Mendez & O'Connell is related to Allan David Burrage and Anne Marie Burrage ("Debtors"), including his attorneys or accountants, the United States Trustee for Region 21, or any person employed by the office of the United States Trustee in this district, or any other parties in interest herein. To the best of my knowledge, information and belief, no person at Shrader, Mendez & O'Connell holds any interest adverse to any such party in respect to the matter for which they will be engaged.

3. To the best of my knowledge, Shrader, Mendez & O'Connell holds no interest adverse to the Debtors, including his attorneys or accountants; the United States Trustee for Region 21 or any person employed by the Office of the United States Trustee in this District or any other parties in interest herein. Further, Shrader, Mendez & O'Connell does not represent any client that holds any such adverse interest.

4. In preparing this declaration, I reviewed the Debtors' voluntary petition and bankruptcy schedules that has been filed in this Court. I also compared the information contained in those schedules and lists with information contained in Shrader, Mendez & O'Connell 's conflict check system. I have received no information confirming that Shrader, Mendez & O'Connell is currently involved in any matter involving the Debtors.

5. Upon information and belief, Shrader, Mendez & O'Connell has no connection with and holds no interest adverse to the Debtors or their estate. Shrader, Mendez & O'Connell has never represented the Debtors.

6. Prior to filing any adversary proceedings in this estate, Shrader, Mendez & O'Connell will conduct an investigation on behalf of the Trustee to assess any potential consumer protection statutory and common-law claims. The investigation will include, without limitation, reviewing a recording from the 341 meeting, reviewing the Debtor's bankruptcy petition, interviewing the Debtors in person or by telephone, and requesting any documents that the Debtors may have in his possession supporting any claims.

7. Shrader, Mendez & O'Connell has received no retainer in this matter and has not been paid fees pre-petition and does not hold a security interest, guarantee or other assurance of compensation for services performed and to be performed in the case.

8. No attorney at Shrader, Mendez & O'Connell has previously represented a creditor, general partner, lessor, lessee, party to an executory contract, or person who is otherwise adverse or potentially adverse to the Debtors or their estate on any matter substantially related to the bankruptcy case.

9. There is no agreement of any nature, other than the shareholder or of counsel agreement of my firm, as to the sharing of any compensation to be paid to the firm.

10. No attorney in the firm has any connection with the United States Trustee, or any employee of that office, or any other parties in interest.

11. Shrader, Mendez & O'Connell seeks to represent Trustee in adversary proceedings and related matters of limited scope against certain entities related to consumer protection statutory and common law claims.

12. Shrader, Mendez & O'Connell, as special counsel, will seek compensation, subject to approval from this Court, pursuant to the terms of the Application to Employ Special Counsel filed by the Trustee. Shrader, Mendez & O'Connell also intends to seek reimbursement of costs, disbursements, and expenses consistent with its regular practices with existing clients.

13. Applications for payment of professional fees and reimbursement of actual expenses will be submitted in accordance with the relevant provisions of the United States Bankruptcy Code and the Bankruptcy Rules, as well as any applicable rules and orders of this Court. Any such payment will be subject to this Courts prior review and approval.

Dated: November 22, 2023

Respectfully submitted,

**SHRADER, MENDEZ & O'CONNELL**
612 W. Bay Street
Tampa, Florida 33606
Phone: (813) 360-1529
Fax: (813) 336-0832

_____
**ALEJANDRO J. MENDEZ, ESQ.**
Florida Bar No. 1025247
E-mail: amendez@shraderlawfirm.com