**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

ALLAN DAVID BURRAGE and  Case No. 8:23-bk-03887-RCT
ANNE MARIE BURRAGE,

        Debtors.  Chapter 7
_____/

**TRUSTEE'S APPLICATION FOR EMPLOYMENT OF COUNSEL FOR SPECIAL PURPOSE RELATING BACK TO THE DATE OF THE SECTION 341 MEETING OF CREDITOR PURSUANT TO ADMINISTRATIVE ORDER FLMB 2019-3**

    **COMES NOW** Stephen L. Meininger ("the Applicant"), the duly appointed and acting Trustee in the above-styled bankruptcy case, and hereby requests the authority to employ counsel for special purpose for the limited purpose of representing the Applicant in maintaining adversary proceedings and related matters against certain entities for alleged consumer protection statutory and common law claims on a flat fee/modified contingency fee basis relating back to the Section 341 Meeting of Creditors and in support thereof states:

    1.    The Applicant has been appointed Trustee of the above-styled estate, and is duly qualified and acting.

    2.    The Applicant requires the assistance of counsel for special purpose relating back to the date of the 341 Meeting of Creditors to enable them to properly perform the functions of Trustee in maintaining adversary proceedings against certain entities for alleged consumer protection statutory and common law claims on a contingency fee basis.

    3.    These issues are of a legal nature and the Trustee requires counsel for special purpose to assist with the adversary proceedings. These causes of action and any proceeds from them are property of the bankruptcy estate.

    4.    The Applicant desires to employ counsel for special purpose to assist them in performing these legal duties necessitated by the administration of the estate. The services of the proposed attorney, acting as counsel for special purpose, will not duplicate those of the Trustee, but are necessary in order for the Trustee to carry out his functions and duties. The Applicant desires to employ THOMAS A. LASH, ESQ., AND THE LAW FIRM OF LASH WILCOX &

GRACE PL (the "Attorneys") as counsel for the Trustee. The Attorneys have no interest adverse to the estate.

5. The Applicant believes that the retention of the Attorneys is in the best interest of the estate.

6. The Court recently indicated that a flat fee may be appropriate in certain circumstances for the instant type of representation.

7. The Applicant believes the estate can benefit from cost of representation savings where a Flat Fee is utilized for matters concluded with recovery to the estate as an early resolution of a matter. Without recovery to the estate, there is no Flat Fee owed.

8. A modified contingency fee, as previously approved, would be submitted for a portion of representation in matters with more extensive litigation and time.

9. A Flat Fee of $2300.00 is for services from case commencement through the Rule 26 conference and drafting of the conference report, and until formal discovery commences. The Flat Fee also encompasses services for the settlement documentation, the court settlement approval request, and the fee approval request.

10. With regard to services rendered exclusive of the Flat Fee covered services, which shall be services from and including formal discovery and thereafter through trial; the attorneys' fees modified contingency fee plus costs are as follows:

    a. The Attorneys shall recover no attorneys' fees or costs unless Applicant is a prevailing party in the adversary proceedings or the adversary proceedings and related matters result in a settlement that includes a payment to, or other tangible economic benefit for the bankruptcy estate;

    b. The consumer protection statutes under which the Attorneys propose to bring the adversary proceedings provide for: (i) the payment of Applicant's attorneys' fees and costs by the defendant(s) if Applicant is a prevailing party; (ii) statutory damages; (iii) actual damages; and (iv) punitive damages;

    c. For purposes of 10.b. above, the present hourly rate of partner Thomas A. Lash is $435.00 per hour, Kenneth C. Grace is $375.00 per hour, and of counsel are presently billed at hourly rates from $235.00 to $400.00 per hour. Associates are presently billed at hourly rates from $200.00 to $275.00 per hour and paralegals at the rate of $125.00 per hour;

    d. Applicant has agreed to pay the Attorneys': (i) fees and cost awarded as a

prevailing party in the adversary proceeding or agreed to as part of a settlement under paragraph 10.b.(i) above; and, (ii) thirty percent (30%) of Applicant's and entities awarded or agreed actual damages plus other tangible economic benefit to the bankruptcy estate;

  e. Applicant and the estate shall retain: (i) all Applicant's and entities statutory damages awarded or agreed under paragraph 10.b.(ii) above; and (ii) seventy percent (70%) of Applicant's and entities awarded or agreed actual damages plus other tangible economic benefit to the bankruptcy estate.

11. Trustee and Applicant have adopted this Court's prerequisite Administrative Order FLMB 2019-3 special procedure for counsel for a special purpose for Applications to Employ for consumer protection actions. A licensed attorney in the Attorneys office has listened to the Debtors testimony at the Meeting of Creditors prior to the filing of this Application and has coordinated the sending of a written request by Trustee to all proposed defendants from the meeting of creditors for all the records 17 or more days prior to the filing of this Application (14 days plus 3 days' time for mailing).

**WHEREFORE**, the Applicant requests the entry of an order authorizing Trustee to employ and retain the Attorneys as counsel for special purpose for the estate on the terms and conditions specified with no fees or cost paid to such counsel for special purpose without recovery to the estate and further Order of this Court, relating back to the date of the Section 341 Meeting of Creditors.

Dated: This 20th day of December, 2023.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this pleadings has been sent by regular U.S. Mail or e-mail to the following: Asst. U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; and Thomas A. Lash, Esq., and the Firm of Lash Wilcox & Grace PL, 2202 North West Shore Blvd., Suite 200, Tampa, FL 33607 this 20th day of December, 2023.

/s/
_____
Stephen L. Meininger, Trustee
301 W Platt Street #A340
Tamp, FL 33606