UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: Allan David Burrage, and ) <br>     Anne Marie Burrage ) <br>         Debtor. ) <br> _____ ) <br> ) <br> ) | Case No: 8:23-bk-03887 <br><br> Chapter 7 |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

    COMES NOW the undersigned counsel, as attorney for the Debtors Allan David Burrage, and Anne Marie Burrage, and hereby moves the Court for entry of an order permitting the withdrawal of Jonathan T Mitchell, Recovery Law Group, as attorney for the debtor and states as follows:

1. The undersigned counsel seeks to withdraw from representation of the Debtor due to irreconcilable differences.

2. Debtors filed the above referenced case on 9/3/2023 (Docket #1) and received a discharge on 12/5/2023 (Docket #12).

3. Debtor's no longer wish to be represented by Recovery Law Group (See Exhibit #1 – Termination Letter of Debtor's)

4. This Motion is filed in good faith based on irreconcilable differences and not for the purpose of creating any delay in these proceedings.

5. No party will be prejudiced by the granting of this motion.

5. The last known address for Debtors Allan David Burrage, and Anne Marie Burrage for the purpose of mailing future notifications is 485 W Pierce St Lake Alfred, FL 33850.

6. A copy of this motion is being served on the Debtor.

    WHEREFORE, Jonathan T Mitchell, Recovery Law Group respectfully requests that the Court enter an Order (i) granting motion to withdraw as counsel of record for the Debtor, (ii) sending all future notifications and mailings to the Debtor at the address listed above, and (iii) granting such relief as the Court may deem just and proper.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached documents have been furnished to the parties listed below by regular US Mail or via the Court's CM/ECF electronic notification on this 2nd day of January 2024.

*Debtor*
Allan and Anne Burrage
485 W Pierce St
Lake Alfred, FL 33850

*Trustee*
Stephen L Meininger
Stephen L. Meininger, P.A.
301 W. Platt Street
Ste #A340
Tampa, FL 33606

*Counsels for Trustee*
Thomas A Lash
Lash Wilcox & Grace PL
2202 West Shore Boulevard, Suite 200
Tampa, FL 33607
813-639-4205
Fax : 813-639-7105
Email: tlash@LashWilcoxandGrace.com

Alejandro J Mendez
Shrader Mendez & O'Connell
612 W. Bay Street
Tampa, FL 33606
813-360-1529
Email: amendez@shraderlawfirm.com

Brian L Shrader
Shrader Mendez & O'Connell
612 W. Bay St.
Tampa, FL 33606
813-360-1529
Email: bshrader@shraderlawfirm.com

*U.S. Trustee*
United States Trustee - TPA7/13
Timberlake Annex, Suite 1200

501 E Polk Street
Tampa, FL 33602

    /s/   Jonathan T. Mitchell
Jonathan Mitchell
Recovery Law Group
3135 1st Ave. North, Suite 15174
St Petersburg, FL 33733
727-424-0627
Fax : 765-400-1634
Email: jonathan.mitchell@recoverylawgroup.co
FL Bar 74889
Counsel for Debtors