**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**In re:**

| | |
|---|---|
| **ALLAN DAVID BURRAGE and** | **BANKRUPTCY** |
| **ANNE MARIE BURRAGE,** | **CASE NO.: 8:23-bk-03887-RCT** |
| **Debtors.** | **CHAPTER 7** |
| _____/ | |

**MOTION OF STEPHEN L. MEININGER AS CHAPTER 7 TRUSTEE OF THE ESTATE OF ALLAN DAVID BURRAGE AND ANNE MARIE BURRAGE FOR ORDER APPROVING COMPROMISE AND SETTLEMENT OF CONTROVERSY AS TO ALLAN DAVID BURRAGE AND ANNE MARIE BURRAGE REGARDING WELLS FARGO BANK, N.A., (ADVERSARY PROCEEDING 8:24-ap-00002-RCT)**

---

NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Thomas A. Lash, Esq., Lash Wilcox & Grace PL, 2202 West Shore Blvd., Suite 200, Tampa, FL 33607, within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

COMES NOW Plaintiff Stephen L. Meininger ("Trustee"), as Chapter 7 Trustee of the bankruptcy estate of Allan David Burrage and Anne Marie Burrage (collectively "Burrages") by and through the undersigned law firm, pursuant to F.R.B.P. 9019 and moves this Honorable Court for entry of an order approving compromise and settlement of the controversies between Trustee and Adversary Proceeding 8:24-ap-00002-RCT Defendant, Wells Fargo Bank, N.A. ("Defendant"), and in support of the relief requested states:

1. On September 3, 2023, Burrages filed a petition for relief under Chapter 7 of Title 11, of the United States Code and Trustee was appointed by this Court. This Chapter 7 is currently pending before this Court.

2. On January 2, 2024, Trustee filed a Complaint for Unlawful Debt Collection Practices commencing Adversary Proceeding No.: 8:24-ap-00002-RCT in the United States Bankruptcy Court for the Middle District of Florida (collectively the "Adversary Proceedings"), against the Defendant.

3. The issues to be resolved in the Adversary Proceedings create uncertainty as to the outcome at the trial on the merits. When coupled with the complexities of the litigation, and the expense, inconvenience and delay associated with continued litigation, it is fair and equitable and in the Trustee's and Defendant's best interests to settle these matters.

4. Further, it appears the sums to be received in settlement of these Adversary Proceedings exceeds the amounts that Trustee and its creditors would be able to obtain, net of collection costs, in the event a judgment was obtained against Defendant as the result of a favorable outcome at final evidentiary hearings.

5. Therefore, Trustee and Defendant have reached an agreement to compromise and settle all disputes between them as to the matters alleged in the Adversary Proceedings or otherwise existing. The Settlement Agreement is available for inspection at the offices of

counsel for Trustee; Lash Wilcox & Grace PL, and copies may be obtained by written request during the response and objection period.

## THE SETTLEMENT AGREEMENT

6. Trustee requests that this Court approve the Compromise and Settlement set forth in the Settlement Agreement.

7. The principle terms of the Settlement Agreement are that Defendant shall pay to Trustee the total sum of Four Thousand One Hundred and 00/100 Dollars ($4,100.00) paid in one installment (the "Settlement Funds"). As provided for by 15 U.S.C. § 1692 and Fla. Stat § 559.77(2), Plaintiff's attorneys' fees will be paid from the Defendant provided Settlement Funds of $4,100.00, with One Thousand Eight Hundred and 00/100 Dollars ($1,800.00) to the estate and Two Thousand Three Hundred and 00/100 Dollars ($2,300.00) for attorneys' fees and costs. Approval of the Court will first be obtained.

8. The terms of the Settlement Agreement also include that with payment of the Settlement Funds made by Defendant and this court's order granting this Motion, each party to the Adversary Proceeding: (1) releases the other from all claims in or related to the Adversary Proceeding; (2) agrees that each party shall bear its own fees and costs with the exception of Plaintiff's fees paid by Defendant from the Settlement Funds set forth herein; (3) agrees that all settlement communications, settlement negotiations, settlement terms, settlement amount, and all communications and writings shared between the parties are confidential unless they are: (a) already part of the public record; (b) necessary for Court approval of the Settlement Agreement and all matters relating to the settlement, or (c) required for any tax issue associated with the settlement.

9. With payment of the Settlement Funds by Defendant made as provided in the Settlement Agreement, the Adversary Proceedings will be dismissed with prejudice as to the

Defendant, releases will be exchanged, and each party will agree to pay their own attorneys' fees and costs, with the exception of Plaintiff's fees paid by Defendant from the Settlement Funds set forth above, as required by statute and set forth below.

10. The Settlement Agreement is contingent on approval by this Court.

WHEREFORE, Trustee respectfully requests that this Court enter an Order: (i) granting the Motion in its entirety as to Trustee and Defendant, and finding that Trustee provided good and sufficient notice of this motion; (ii) finding that the Settlement Agreement is fair and equitable and in the best interest of Trustee and the creditor; (iii) approving the Settlement Agreement; (iv) authorizing Trustee to enter into the Settlement Agreement in order to compromise and settle the claims and controversies as outlined herein; (v) cancelling any scheduled pretrial conference, hearing, or trial in the related adversary proceeding; and (vi) granting such other and further relief as this Court deems necessary or appropriate.

Dated: January 18, 2024

Respectfully submitted,

**LASH WILCOX & GRACE PL**
2202 North West Shore Blvd., Suite 200
Tampa, FL  33607
Telephone: 813.639.4205
Facsimile:  813.639.7501

  /s/ Thomas A. Lash
**THOMAS A. LASH, ESQ.**
Florida Bar No.: 849944
e-mail: tlash@lashwilcoxandgrace.com
Attorney for the Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 18, 2024, I presented the foregoing *Motion of Stephen L. Meininger, as Chapter 7 Trustee of the Estate of Allan David Burrage and Anne Marie Burrage for Order Approving Compromise and Settlement of Controversy as to Allan David Burrage and Anne Marie Burrage Regarding Wells Fargo Bank, N.A. (Adversary Proceeding 8:24-ap-00002-RCT)* to the Clerk of the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, and uploading in the CM/ECF system. I further certify that a true and correct copy of the foregoing document has been served this 18 day of January, 2024 to: U.S. Trustee, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; Stephen L. Meininger, 301 W. Platt Street, Ste #A340, Tampa, FL 33606; Allan David Burrage and Anne Marie Burrage, 485 W Pierce St., Lake Alfred, FL 33850; Jonathan Mitchell, Esq., Recovery Law Group, 3135 1st Ave. North, Suite 15174, St Petersburg, FL 33733; Wells Fargo Bank, N.A., a national banking association, c/o Jacob E. Mitrani, Esq., Liebler, Gonzalez & Portuondo, 44 West Flagler Street, Courthouse Tower 25th Floor, Miami, FL 33130; and all creditors on the matrix attached hereto.

/s/ Thomas A. Lash  
Attorney

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:23-bk-03887-RCT<br>Middle District of Florida<br>Tampa<br>Thu Jan 18 10:33:51 EST 2024 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Allan David Burrage<br>485 W Pierce St<br>Lake Alfred, FL 33850-2623 |
| Anne Marie Burrage<br>485 W Pierce St<br>Lake Alfred, FL 33850-2623 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Auto Finance<br>P.O. Box 71220<br>Philadelphia, PA 19176-6220 | Citibank<br>Attn: Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Fifth Third Bank<br>Attn: Bankruptcy<br>P.O. Box 630900<br>Cincinnati, OH 45263-0900 | Fifth Third Bank, N.A.<br>PO Box 9013<br>Addison, Texas 75001-9013 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gano Kolev P.A.<br>1627 US Hwy 92 West<br>Auburndale, FL 33823-3912 | Pierce J Guard Jr<br>The Guard Law Group, PLLC<br>2511 Orleans Avenue<br>Lakeland, FL 33803-2953 |
| IC Systems, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Thomas A Lash<br>Lash Wilcox & Grace PL<br>2202 West Shore Boulevard, Suite 200<br>Tampa, FL 33607-5749 | Megh Singh<br>Attn: Bankruptcy<br>710 Pinner Ct.<br>Lake Alfred, FL 33850-3228 |
| Stephen L Meininger<br>Stephen L. Meininger, P.A.<br>301 W. Platt Street<br>Ste #A340<br>Tampa, FL 33606-2292 | Alejandro J Mendez<br>Shrader Mendez & O'Connell<br>612 W. Bay Street<br>Tampa, FL 33606-2704 | (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 |
| Polk Co. Tax Collector<br>4830 W. Kennedy Blvd. #750<br>Tampa FL 33609-2564 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |

| | | |
|---|---|---|
| Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Rocket Mortgage<br>1050 WOODWARD AVE<br>Detroit, MI 48226-3573 | SYNCB/Home Design<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Brian L Shrader<br>Shrader Mendez & O'Connell<br>612 W. Bay St.<br>Tampa, FL 33606-2704 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Target<br>Attn: Bankruptcy<br>Mailstop BT P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Thomas A. Burrage<br>52065-2 Ponca Ct<br>Fort Hood, TX 76544-1033 |
| U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Wells Fargo<br>Attn: Bankruptcy<br>P.O. Box 5265<br>Sioux Falls, SD 57117-5265 | Wells Fargo Bank NA<br>Attn: Wells Fargo Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| (p)WESTGATE RESORTS<br>ATTN MANDY BUSKIRK<br>2801 OLD WINTER GARDEN ROAD<br>OCOEE FL 34761-2965 | Westgate Resorts, Inc.<br>2801 Olde Winter Garden Rd<br>Ocoee, FL 34761-2965 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department Of The Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0025 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Pentagon Federal Credit Union<br>Attn: Bankruptcy<br>P.O. Box 1432<br>Alexandria, VA 22313 |
| Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 | Westgate Resorts Ltd<br>Attn: Bankruptcy<br>5601 Windhover Dr.<br>Orlando, FL 32819 | End of Label Matrix<br>Mailable recipients    46<br>Bypassed recipients     0<br>Total                  46 |