**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Allan | David | Burrage |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Anne | Marie | Burrage |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. Schedule A/B: Property (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B...................................................... $ 309,074.00
   1b. Copy line 62, Total personal property, from Schedule A/B........................................... $ 17,420.59
   1c. Copy line 63, Total of all property on Schedule A/B..................................................... $ 326,494.59

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D... $ 120,837.04

3. Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................. $ 39,840.60
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............ $ 110,322.00

   **Your total liabilities** $ 270,999.64

### Part 3: Summarize Your Income and Expenses

4. Schedule I: Your Income (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I............................................ $ 3,825.13

5. Schedule J: Your Expenses (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................. $ 3,813.44

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. What kind of debt do you have?
   ☒ Your debts are primarily consumer debts. Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor 1   **Allan David Burrage**
Debtor 2   **Anne Marie Burrage**                              Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____ 656.13

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   |  | Total claim |
   |---|---|
   | **From Part 4 on *Schedule E/F*, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 39,840.60 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
   | 9d. Student loans. (Copy line 6f.) | $ 0.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $ 39,840.60 |

Fill in this information to identify your case and this filing:

Debtor 1: **Allan David Burrage**
First Name   Middle Name   Last Name

Debtor 2: **Anne Marie Burrage**
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number: _____

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**485 W Pierce St**
Street address, if available, or other description

**Lake Alfred**   **FL**   **33850-0000**
City   State   ZIP Code

**Polk**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
**$297,300.00**   **$297,300.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Principal Residence**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**Parcel # 262732503000030030**

Debtor 1 **Allan David Burrage**
Debtor 2 **Anne Marie Burrage**                            Case number *(if known)* _____

If you own or have more than one, list here:

**1.2**

| | |
|---|---|
| **5601 Windhover Dr.** | |
| Street address, if available, or other description | |
| | |
| **Orlando**   **FL**   **32819-0000** | |
| City   State   ZIP Code | |
| | |
| **Orange** | |
| County | |

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ■ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $11,774.00 | $11,774.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Timeshare**

☐ Check if this is community property *(see instructions)*

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................................=>    **$309,074.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **Honda**
Model: **CRV**
Year: **2018**
Approximate mileage: **20,000**
Other information:
Encumbered
Fair Condition
Kelly Blue Book

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

**3.2**
Make: **Kia**
Model: **Forte**
Year: **2013**
Approximate mileage: **230000**
Other information:
Paid In Full
Kelly Blue Book
Fair Condition
VIN# KNAFU4A23D5713258

Who has an interest in the property? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $667.00 | $667.00 |

Debtor 1   **Allan David Burrage**
Debtor 2   **Anne Marie Burrage**                                              Case number *(if known)* _____

| 3.3 | Make: | **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Suburban** | ☐ Debtor 1 only | |
| | Year: | **2011** | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Approximate mileage: | **130000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ■ At least one of the debtors and another | |
| | Encumbered Kelly Blue Book Son's Vehicle | | ☐ Check if this is community property (see instructions) | $4,663.00    $2,331.50 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>   **$7,998.50**

**Part 3:   Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

Debtor 1   **Allan David Burrage**
Debtor 2   **Anne Marie Burrage**                                     Case number *(if known)*

| | |
|---|---:|
| 4 Bedroom Home<br><br>Primary Bedroom<br>1- Queen Size Bed<br>2- Night Stands<br>2- Dressers<br><br>Second Bedroom<br>1- Full Size Bed<br>1- Dresser<br>1- Tiny Desk<br><br>Third Bedroom<br>1- Twin Size Mattress<br>2- Small Dressers<br><br>Living Room #1<br>1- Couch<br>2- Reclinners<br>1- Small Coffee Table<br><br>Living Room #2<br>1- Couch<br>1- Recliner<br>1- Small Table<br><br>Dining Room # 1<br>1- Dining Room Table with 4 Chairs<br><br>Office<br>1- Cabinet<br>1- Desk with Chair<br><br>Entertainment Room<br>1- Table with 4 Chairs<br>4- Book Cases | $500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---:|
| 1- 65" TV<br>1- 55" TV<br>2- iPhones<br>1- iPad<br>1- Refridgerator<br>1- Stove<br>1- Washer<br>1- Dryer<br>1- Chromebook | $300.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

Debtor 1 **Allan David Burrage**
Debtor 2 **Anne Marie Burrage**                              Case number *(if known)* _____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | 1- Adult Female Wardrobe<br>1- Adult Male Warbrobe | $200.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | Wedding Rings, Custom Jewelry | $100.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | 2 Birds | $0.00 |
    |---|---|

14. Any other personal and household items you did not already list, including any health aids you did not list
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................................................................... | $1,100.00 |

**Part 4:** Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?     Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes......

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes...................... Institution name:

Debtor 1    **Allan David Burrage**
Debtor 2    **Anne Marie Burrage**                                                        Case number *(if known)*

| | | | | |
|---|---|---|---|---|
| | 17.1. | Checking | 5th 3rd Bank<br>Account Ending In 8125 | $2,171.14 |
| | 17.2. | Checking | Wells Fargo<br>Account Ending in 3445 | $3,585.02 |
| | 17.3. | Checking | Chase Bank<br>Account Ending In 6933 | $1,565.93 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them..................
          Name of entity:                                     % of ownership:

          **Gateway Stocks**                                   0    %                                     $0.00

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
          Type of account:          Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes..............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes..............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

Official Form 106A/B                        Schedule A/B: Property                                    page 6

Debtor 1    **Allan David Burrage**
Debtor 2    **Anne Marie Burrage**                                              Case number *(if known)*

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them…

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years…….

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information……

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Government Personnel Mutual Life Insurance (Term)** | **Anne Burrage** | $0.00 |
| **Forester Term Life Insurance** | **Allan Burrage** | $0.00 |
| **Farm Bureau Whole Life Policy** | **Allan Burrage** | $1,000.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim………
    **Burrage v. Sloppey Communications. Pending in US District Court Middle District of Florida**    Unknown

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim………

Debtor 1 **Allan David Burrage**
Debtor 2 **Anne Marie Burrage**                                    Case number *(if known)* _____

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ............................................................................... | **$8,322.09**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

### Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...................................................................................................................... **$309,074.00**
56. **Part 2: Total vehicles, line 5**                                    $7,998.50
57. **Part 3: Total personal and household items, line 15**           $1,100.00
58. **Part 4: Total financial assets, line 36**                       $8,322.09
59. **Part 5: Total business-related property, line 45**              $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**     $0.00
61. **Part 7: Total other property not listed, line 54**        +     $0.00

62. **Total personal property. Add lines 56 through 61...**           $17,420.59   Copy personal property total      **$17,420.59**

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                                                 **$326,494.59**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Allan** | **David** | **Burrage** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Anne** | **Marie** | **Burrage** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 485 W Pierce St Lake Alfred, FL 33850  Polk County<br>Parcel# 26273250300000030<br>Line from *Schedule A/B*: **1.1** | $297,300.00 | ■ $212,925.10<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(1); Fla Stat Ann Secs. 222.01 & 222.02 |
| 2018 Honda CRV 20,000 miles Encumbered Fair Condition Kelly Blue Book<br>Location: 485 W Pierce St, Lake Alfred FL 33850<br>Line from *Schedule A/B*: **3.1** | $5,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |
| 2013 Kia Forte 230,000 miles Paid In Fill<br>Kelly Blue Book<br>Fair Condition<br>VIN#KNAFU4A23D5713258<br>Location: 485 W Pierce St, Lake Alfred FL 33850<br>Line from *Schedule A/B*: **3.2** | $0.00 | ■ $667.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |

Debtor 1  **Allan David Burrage**
Debtor 2  **Anne Marie Burrage**                                                         Case number (if known)

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **4 Bedroom Home**<br>1-Queen Size Bed<br>2-Night Stands<br>2-Dressers<br><br>**Second Bedroom**<br>1-Full Size Bed<br>1-Dresser<br>1-Tiny Desk<br><br>**Third Bedroom**<br>1-Twin Size Mattress<br>2-Small Dressers<br><br>**Living Room#1**<br>1-Couch<br>2-Recliners<br>1-Small<br>Location: 485 W Pierce St, Lak<br>Line from *Schedule A/B*: **6.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| 1-65" TV<br>1-55" TV<br>2-I-Phones<br>1-IPad<br>1-Refrigerator<br>1-Stove<br>1-Washer<br>1-Dryer<br>1-Chromebook<br>Location: 485 W Pierce St, Lake Alfred FL 33850<br>Line from *Schedule A/B*: **7.1** | $300.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| 1-Adult Femail Wardrobe<br>1-Adult Male Wardrobe<br>Location: 485 W Pierce St, Lake Alfred FL 33850<br>Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| **Wedding Rings, Custom Jewelry**<br>Location: 485 W Pierce St, Lake Alfred FL 33850<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4(a)(2) |
| **Checking #8125: Checking: 5th Third Bank**<br>Account Ending in 8125<br>Line from *Schedule A/B*: **17.1** | $2,171.14 | ■ $2,171.14<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(c) |
| **Checking #3445: Checking: Wells Fargo**<br>Account Ending in 3445<br>Line from *Schedule A/B*: **17.2** | $3,585.02 | ■ $3,585.02<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(c) |

Debtor 1 **Allan David Burrage**
Debtor 2 **Anne Marie Burrage**                                  Case number (if known) _____

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Checking #6933: Checking Chase Bank**<br>Account Ending In 6933<br>Line from Schedule A/B: **17.3** | $1,565.93 | ■ $1,565.93<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.11(2)(c) |
| **Farm Bureau Whole Life Policy**<br>Line from Schedule A/B: | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 112.363(9) |
| **Proceeds From Burrage vs. Sloppey Communications**<br>Line from Schedule A/B: | Unknown | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.18 |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■ No

       ☐ Yes

Official Form 106C      Schedule C: The Property You Claim as Exempt      page 3 of 3

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Allan David Burrage | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Anne Marie Burrage | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

■ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules           12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X *Allan D Burrage*                              X *Anne M Burrage*
Allan David Burrage                                Anne Marie Burrage
Signature of Debtor 1                              Signature of Debtor 2

Date  1-18-24                                      Date  01/18/24

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically through the Bankruptcy Court's CM/ECF system or by regular U.S. mail to all parties on the attached matrix this __19th__ day of January, 2024.

/s/ Pierce J. Guard, Jr.
Pierce J. Guard, Jr., Esquire

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:23-bk-03887-RCT<br>Middle District of Florida<br>Tampa<br>Fri Jan 19 08:05:03 EST 2024 | Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Chase Auto Finance<br>P.O. Box 71220<br>Philadelphia, PA 19176-6220 | Citibank<br>Attn: Bankruptcy<br>Po Box 790040<br>St Louis, MO 63179-0040 |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | Fifth Third Bank<br>Attn: Bankruptcy<br>P.O. Box 630900<br>Cincinnati, OH 45263-0900 | Fifth Third Bank, N.A.<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | Gano Kolev P.A.<br>1627 US Hwy 92 West<br>Auburndale, FL 33823-3912 | IC Systems, Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St. Paul, MN 55164-0378 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Megh Singh<br>Attn: Bankruptcy<br>710 Pinner Ct.<br>Lake Alfred, FL 33850-3228 |
| (p)PENTAGON FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 1432<br>ALEXANDRIA VA 22313-1432 | Polk Co. Tax Collector<br>4830 W. Kennedy Blvd. #750<br>Tampa FL 33609-2564 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Rocket Mortgage<br>1050 WOODWARD AVE<br>Detroit, MI 48226-3573 |
| SYNCB/Home Design<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Target<br>Attn: Bankruptcy<br>Mailstop BT P.O. Box 9475<br>Minneapolis, MN 55440-9475 | Thomas A. Burrage<br>52065-2 Ponca Ct<br>Fort Hood, TX 76544-1033 |

| | | |
|---|---|---|
| U.S. Bankcorp<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | (p)UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Wells Fargo<br>Attn: Bankruptcy<br>P.O. Box 5265<br>Sioux Falls, SD 57117-5265 | Wells Fargo Bank NA<br>Attn: Wells Fargo Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| (p)WESTGATE RESORTS<br>ATTN MANDY BUSKIRK<br>2801 OLD WINTER GARDEN ROAD<br>OCOEE FL 34761-2965 | Westgate Resorts, Inc.<br>2801 Olde Winter Garden Rd<br>Ocoee, FL 34761-2965 | Allan David Burrage<br>485 W Pierce St<br>Lake Alfred, FL 33850-2623 |
| Anne Marie Burrage<br>485 W Pierce St<br>Lake Alfred, FL 33850-2623 | Pierce J Guard Jr<br>The Guard Law Group, PLLC<br>2511 Orleans Avenue<br>Lakeland, FL 33803-2953 | Stephen L Meininger<br>Stephen L. Meininger, P.A.<br>301 W. Platt Street<br>Ste #A340<br>Tampa, FL 33606-2292 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Department Of The Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0025 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Pentagon Federal Credit Union<br>Attn: Bankruptcy<br>P.O. Box 1432<br>Alexandria, VA 22313 |
| Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 | Westgate Resorts Ltd<br>Attn: Bankruptcy<br>5601 Windhover Dr.<br>Orlando, FL 32819 | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     0<br>Total                  41 |