UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

ALLAN DAVID BURRAGE           Case No. 8:23-bk-03887-RCT
ANNE MARIE BURRAGE

   Debtors.
_____/

## OPPOSITION TO TRUSTEE'S OBJECTION TO DEBTORS' AMENDED CLAIM OF EXEMPTIONS

COMES NOW the Debtors, ALLAN DAVID BURRAGE and ANNE MARIE BURRAGE, and file this their Opposition to the Trustee's Objection to Debtors' Amended Claim of Exemptions (the "Objection") and say:

1. The Debtors listed as an asset in their Schedules filed in this proceeding their claim pending in United States District Court for the Middle District of Florida, Tampa Division against Slappey Communications, LLC (the "District Court Case").

2. The District Court Case is an action for wrongful termination of employment in which the Debtors are seeking damages for lost wages, disability benefits, and other damages. The exact amount and distribution of damages is unknown at this time.

3. Debtors Amended Claim of Exemptions seeks to protect only those damages which are awarded for lost wages (which may not be property of the bankruptcy estate if they are post-petition wages) and loss of disability benefits

which the Debtors could now be collecting as Debtor, Allan David Burrage, has now become disabled.

WHEREFORE, the Debtors pray that the Objection be overruled and their exemptions be allowed as to lost wages and disability benefits.

THE GUARD LAW GROUP, PLLC

/s/ Pierce J. Guard, Jr.
Pierce J. Guard, Jr., Esquire
Florida Bar No. 162388
2511 Orleans Avenue
Lakeland, FL 33803
Telephone: (863) 619-7331
Facsimile: (863) 619-7992
jguardjr@aol.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF on January 15, 2024 and that an electronic copy will be furnished to:

| | |
|---|---|
| Stephen L. Meininger<br>Stephen L. Meininger, P.A.<br>Chapter 7 Trustee<br>301 W. Platt Street, Ste A340<br>Tampa, FL 33606 | Richard M. Dauval, Esquire<br>Attorney for Trustee<br>3900 1st Street North<br>St. Petersburg, FL 33833-3607 |
| U.S. Trustee<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602 | All other parties who have requested electronic notice. |

on this __22nd__ day of February, 2024.

/s/ Pierce J. Guard, Jr.
Pierce J. Guard, Jr., Esquire