ORDERED.

Dated: April 30, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Allan David Burrage
Anne Marie Burrage

Case No: 8:23-bk-03887-RCT
Chapter 7

Debtors.         /

AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

**THIS CASE** came on without hearing on the Trustee's *Objection to Claim of Exemption* (the Objection") [Dkt. No. 27] and the Debtor's *Opposition to Trustee's Objection to Debtors' Amended Claim of Exemptions* [Dkt No. 34]. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is:

**ORDERED**

1. That the Trustee's *Objection to Claim of Exemption* is SUSTAINED, and the claim of exemption shall be disallowed to the extent that scheduled asset self-described as "a Claim against Third Parties … '*Burrage v/ Sloppey Communications*, Pending in US District Court Middle District of Florida,' consists of damages that do not qualify as "disability income benefits" under Fla. Stat. Ann. §222.18 or as "disposable earnings" under Fla. Stat. Ann. §222.11.

2. The preliminary hearing on this matter currently set for April 30, 2024, at 10:00 am is hereby canceled.

Richard M. Dauval, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.