**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: ALLAN DAVID BURRAGE        § Case No. 8:23-bk-03887-RCT
       ANNE MARIE BURRAGE         §
                                  §
                                  §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

   1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/03/2023. The undersigned trustee was appointed on 09/03/2023.

   2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

   3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

   4. The trustee realized the gross receipts of         $         8,050.00

       Funds were disbursed in the following amounts:

       Payments made under an
         interim distribution                                        0.00
       Administrative expenses                                   4,600.00
       Bank service fees                                            97.13
       Other payments to creditors                                   0.00
       Non-estate funds paid to 3rd Parties                          0.00
       Exemptions paid to the debtor                                 0.00
       Other payments to the debtor                                  0.00

       Leaving a balance on hand of[1]            $         3,352.87

   The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/22/2024 and the deadline for filing governmental claims was 03/01/2024. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $862.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $862.50, for a total compensation of $862.50$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $86.81 for total expenses of $86.81$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/02/2025

By: /s/ Stephen L. Meininger
                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 8:23-bk-03887-RCT
Case Name: ALLAN DAVID BURRAGE
ANNE MARIE BURRAGE
For Period Ending: 08/02/2025

Trustee Name: (290380) Stephen L. Meininger
Date Filed (f) or Converted (c): 09/03/2023 (f)
§ 341(a) Meeting Date: 10/05/2023
Claims Bar Date: 01/22/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 485 W Pierce St, Lake Alfred, FL 33850-0000, Polk County | 297,300.00 | 0.00 | | 0.00 | FA |
| 2 | 5601 Windhover Dr., Orlando, FL 32819-0000, Orange County | 11,774.00 | 0.00 | | 0.00 | FA |
| 3 | 2018 Honda CRV, 20,000 miles | 5,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2013 Kia Forte, 230000 miles | 667.00 | 0.00 | | 0.00 | FA |
| 5 | 2011 Chevrolet Suburban, 130000 miles | 2,331.50 | 0.00 | | 0.00 | FA |
| 6 | 4 Bedroom Home Primary Bedroom 1- Queen Size Bed 2- Night Stands 2- Dressers Second Bedroom 1- Full Size Bed 1- Dresser 1- Tiny Desk Third Bedroom 1- Twin Size Mattress 2- Small Dressers Living Room #1 1- Couch 2- Reclinners 1- Small Coffee Table Living Room #2 1- Couch 1- Recliner 1-Small Table Dining Room # 1 1- Dining Room Table with 4 Chairs Office 1- Cabinet 1- Desk with Chair Entertainment Room 1- Table with 4 Chairs 4- Book Cases | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 1-65" TV 1-55" TV 2-iPhones 1-iPad 1 - Refridgerator 1-Stove 1-Washer 1- Dryer 1- Chromebook | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 1- Adult Female Wardrobe 1-Adult Male Warbrobe | 200.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding Rings, Custom Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 10 | 2 Birds | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: 5th 3rd Bank Account Ending In 8125 | 2,171.14 | 0.00 | | 0.00 | FA |
| 12 | Checking: Wells Fargo Account Ending in 3445 | 3,585.02 | 0.00 | | 0.00 | FA |
| 13 | Checking: Chase Bank Account Ending In 6933 | 1,565.93 | 0.00 | | 0.00 | FA |
| 14 | Gateway Stocks, 0% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Government Personnel Mutual Life Insurance (Term): Anne Burrage | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Forester Term Life Insurance: Allan Burrage | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Farm Bureau Whole Life Policy: Allan Burrage | 1,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

Case No.: 8:23-bk-03887-RCT
Case Name: ALLAN DAVID BURRAGE
ANNE MARIE BURRAGE

For Period Ending: 08/02/2025

Trustee Name: (290380) Stephen L. Meininger
Date Filed (f) or Converted (c): 09/03/2023 (f)
§ 341(a) Meeting Date: 10/05/2023
Claims Bar Date: 01/22/2024

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 18* | Buraage v. Sloppey Communications pending for 3 years - 8-23-cv-01268 styled Debtor v. Slappey Communication pending in the Dsitrict Court (See Footnote) | Unknown | 5,000.00 | | 0.00 | FA |
| 19* | Adv. Pro. 24-1 v. Pentagon FCU (u) (See Footnote) | Unknown | 5,000.00 | | 3,950.00 | FA |
| 20* | FDCPA - Bank of America (u) (See Footnote) | Unknown | 5,000.00 | | 0.00 | FA |
| 21* | FDcPA - Capital One (u) (See Footnote) | Unknown | 5,000.00 | | 0.00 | FA |
| 22* | Adv. Pro. 24-2 v. Wells Fargo (u) (See Footnote) | Unknown | 5,000.00 | | 4,100.00 | FA |
| 22 | Assets Totals (Excluding unknown values) | $326,494.59 | $25,000.00 | | $8,050.00 | $0.00 |

RE PROP# 18   Notice of Bankruptcy, Motion To Substitute Party And Notice of Appearance filed on 12/11/23; Pretrial Conference set for 3/27/24; Unopposed Motion For Extension Of Time To Respond To Motion To Substitute Party filed on 12/19/23; Response To Motion To Substitute party filed on 1/9/24; Endorsed Order entered 1/23/24 stating whether the claim is property of the bankruptcy estate must be determined by the bankruptcy court; Case stayed on 2/13/24; the clerk is directed to administratively closed the case; Attorney determined it was not financially advantage for the estate to pursue

RE PROP# 19   Closed on 5/2/24;

RE PROP# 20   Attorney is not pursuing claim;

RE PROP# 21   Settlement demand letter sent on 1/3/24; Attorney not pursuing claim

RE PROP# 22   Settlement demand letter sent on 1/10/24; Adv. Pro. closed on 3/5/24;

**Major Activities Affecting Case Closing:**

Application To Employ Counsel For Special Purpose filed on 11/28/23 (Mendez); Order Approving Application To Employ Counsel For Special Purpose entered on 12/7/23; Application To Employ Counsel For Special Purpose filed on 12/20/23 (Lash); Order Approving Application To Employ Counsel For Special Purpose entered on 12/22/23 (Lash); Motion To Withdraw As Counsel of Record filed on 1/2/24; Adv. Pro. 24-1 against Pentagon FCU filed on 1/3/24; Adv. Pro. 24-2 filed against Wells Fargo Bank on 1/3/24; Order Granting Motion To Withdraw As Counsel Of Record entered on 1/11/24; Motion To Approve Compromise of Adv. Pro. 24-2 filed on 1/18/24; Application To Employ Counsel For Trustee filed on 1/29/24; Trustee's Objection To Debtor's Amended Claim Of Exemption filed on 1/29/24; Order On Application To Employ Attorney For Trustee entered on 1/30/24; Order Granting Motion To Approve Compromise of Adv. Pro. 24-2 entered on 2/14/24; Opposition To Trustee's Objection To Debtor's Amended Claim Of Exemptions filed on 2/22/24; Motion To Approve Compromise of Adv. Pro. 24-1 filed on 3/1/24; Order Granting Motion To Approve Compromise of Adv. Pro. 24-1 entered on 3/26/24; Notice of Hearing filed on 4/4/24 - Objection To Debtor's Claim Of Exemptions - 4/30/24; Agreed Order Sustaining Trustee's Objection To Claim Of Exemptions entered on 4/30/24; claims against Sloppey Communications are being litigated;

Initial Projected Date Of Final Report (TFR): 06/30/2025        Current Projected Date Of Final Report (TFR): 06/30/2025

UST Form 101-7-TFR (5/1/2011)

| | Form 2 | Exhibit B |
|---|---|---|
| | **Cash Receipts And Disbursements Record** | Page: 1 |

| | | | | |
|---|---|---|---|---|
| Case No.: | 8:23-bk-03887-RCT | Trustee Name: | Stephen L. Meininger (290380) | |
| Case Name: | ALLAN DAVID BURRAGE | Bank Name: | TriState Capital Bank | |
| | ANNE MARIE BURRAGE | Account #: | ******8952 Checking | |
| Taxpayer ID #: | **-***1310 | Blanket Bond (per case limit): | $25,034,000.00 | |
| For Period Ending: | 08/02/2025 | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/23/24 | | Lash & Wilcox | Order Approving Compromise DE 30 | | 1,800.00 | | 1,800.00 |
| | {22} | | Order Approving Compromise DE 30 $4,100.00 | 1249-000 | | | |
| | | Lash & Wilcox | Order Approving Fees DE 31 -$2,300.00 | 3210-002 | | | |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,795.00 |
| 03/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,790.00 |
| 04/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,785.00 |
| 05/06/24 | | Lash & Wilcox | Order Approving Compromise DE 38 | | 1,650.00 | | 3,435.00 |
| | {19} | | Order Approving Compromise DE $3,950.00 | 1249-000 | | | |
| | | Lash & Wilcox | Order Approving Fees DE DE 40 -$2,300.00 | 3210-002 | | | |
| 05/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.05 | 3,429.95 |
| 06/28/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.11 | 3,424.84 |
| 07/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 6.01 | 3,418.83 |
| 08/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.46 | 3,413.37 |
| 09/30/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.27 | 3,408.10 |
| 10/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.99 | 3,402.11 |
| 11/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.07 | 3,397.04 |
| 12/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.97 | 3,391.07 |
| 01/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.61 | 3,385.46 |
| 02/28/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.06 | 3,380.40 |
| 03/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.23 | 3,375.17 |
| 04/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.77 | 3,369.40 |
| 05/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.40 | 3,364.00 |
| 06/30/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.21 | 3,358.79 |
| 07/31/25 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.92 | 3,352.87 |

Page Subtotals:     $3,450.00     $97.13

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |       | | | |
|---|---|---|---|---|---|
| Case No.: | 8:23-bk-03887-RCT | | Trustee Name: | Stephen L. Meininger (290380) | |
| Case Name: | ALLAN DAVID BURRAGE | | Bank Name: | TriState Capital Bank | |
| | ANNE MARIE BURRAGE | | Account #: | ******8952 Checking | |
| Taxpayer ID #: | **-***1310 | | Blanket Bond (per case limit): | $25,034,000.00 | |
| For Period Ending: | 08/02/2025 | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 3,450.00 | 97.13 | $3,352.87 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | Subtotal | | | 3,450.00 | 97.13 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $3,450.00 | $97.13 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| | | | |
|---|---|---|---|
| **Case No.:** | 8:23-bk-03887-RCT | **Trustee Name:** | Stephen L. Meininger (290380) |
| **Case Name:** | ALLAN DAVID BURRAGE<br>ANNE MARIE BURRAGE | **Bank Name:** | TriState Capital Bank |
| | | **Account #:** | ******8952 Checking |
| **Taxpayer ID #:** | **-***1310 | **Blanket Bond (per case limit):** | $25,034,000.00 |
| **For Period Ending:** | 08/02/2025 | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $3,450.00 |
| Plus Gross Adjustments: | $4,600.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $4,600.00 |
| Net Estate: | $3,450.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******8952 Checking | $3,450.00 | $97.13 | $3,352.87 |
| | **$3,450.00** | **$97.13** | **$3,352.87** |

UST Form 101-7-TFR (5/1/2011)

| Printed: 08/02/25 6:48 AM | | | **Exhibit C**<br>**Claims Distribution Register** | | | | | Page: 1 |

**Case: 8:23-bk-03887-RCT ALLAN DAVID BURRAGE AND ANNE MARIE BURRAGE**

| Claim# | Date | Pri | Claimant /<br>UTC | / Memo | Amount<br>Filed | Amount<br>Allowed | Paid to<br>Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | | |
| | 08/01/25 | 200 | Clerk, U.S. Bankruptcy Court<br>801 North Florida Avenue, Ste 555<br>Tampa, FL 33602-3899<br><2700-00 Clerk of the Court Costs><br>Adv. Pro. 24-1<br>Adv. Pro. 24-2 | | $ 700.00 | $ 700.00 | $ 0.00 | $ 700.00 | $ 700.00 |
| | 08/01/25 | 200 | Stephen L. Meininger<br>301 West Platt Street<br>#A340<br>Tampa, FL 33606<br><2100-00 Trustee Compensation> | | $ 862.50 | $ 862.50 | $ 0.00 | $ 862.50 | $ 862.50 |
| | 08/01/25 | 200 | Stephen L. Meininger<br>301 West Platt Street<br>#A340<br>Tampa, FL 33606<br><2200-00 Trustee Expenses> | | $ 86.81 | $ 86.81 | $ 0.00 | $ 86.81 | $ 86.81 |
| | | | Total for Priority 200: 100% Paid | | $ 1,649.31 | $ 1,649.31 | $ 0.00 | $ 1,649.31 | $ 1,649.31 |
| | | | Total for Admin Ch. 7 Claims: | | $ 1,649.31 | $ 1,649.31 | $ 0.00 | $ 1,649.31 | $ 1,649.31 |
| **Unsecured Claims:** | | | | | | | | | |
| 1 | 10/24/23 | 610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00 General Unsecured - § 726(a)(2)> | | $ 1,886.02 | $ 1,886.02 | $ 0.00 | $ 1,886.02 | $ 32.85 |
| 2 | 10/24/23 | 610 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-00 General Unsecured - § 726(a)(2)> | | $ 70.00 | $ 70.00 | $ 0.00 | $ 70.00 | $ 1.22 |
| 3 | 10/26/23 | 610 | Department Of The Treasury<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00 General Unsecured - § 726(a)(2)> | | $ 31,908.19 | $ 31,908.19 | $ 0.00 | $ 31,908.19 | $ 555.83 |
| 4 | 11/01/23 | 610 | Capital One N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured - § 726(a)(2)> | | $ 1,710.75 | $ 1,710.75 | $ 0.00 | $ 1,710.75 | $ 29.80 |

## Exhibit C
## Claims Distribution Register

### Case: 8:23-bk-03887-RCT ALLAN DAVID BURRAGE AND ANNE MARIE BURRAGE

| Claim# | Date | Pri | Claimant / UTC / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 5 | 11/01/23 | 610 | Capital One N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured - § 726(a)(2)> | $ 752.64 | $ 752.64 | $ 0.00 | $ 752.64 | $ 13.11 |
| 6 | 11/01/23 | 610 | Capital One N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured - § 726(a)(2)> | $ 2,695.63 | $ 2,695.63 | $ 0.00 | $ 2,695.63 | $ 46.96 |
| 7 | 11/22/23 | 610 | Quantum3 Group LLC as agent for<br>PO Box 2489<br>Kirkland, WA 98083-2489<br><7100-00 General Unsecured - § 726(a)(2)> | $ 6,652.63 | $ 6,652.63 | $ 0.00 | $ 6,652.63 | $ 115.89 |
| 8 | 11/25/23 | 610 | Fifth Third Bank, N.A.<br>1830 East Paris S.E., MS #RSCB3E<br>Grand Rapids, MI 49546<br><7100-00 General Unsecured - § 726(a)(2)> | $ 6,513.39 | $ 6,513.39 | $ 0.00 | $ 6,513.39 | $ 113.46 |
| 9 | 12/04/23 | 610 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-00 General Unsecured - § 726(a)(2)> | $ 3,042.19 | $ 3,042.19 | $ 0.00 | $ 3,042.19 | $ 52.99 |
| 10 | 12/04/23 | 610 | Citibank, N.A.<br>6716 Grade Ln Blg 9 Ste 910-PY DEPT<br>Louisville, KY 40213-3439<br><7100-00 General Unsecured - § 726(a)(2)> | $ 9,337.76 | $ 9,337.76 | $ 0.00 | $ 9,337.76 | $ 162.66 |
| 11 | 01/09/24 | 610 | Wells Fargo Bank, N.A.<br>PO Box 9210<br>Des Moines , IA 50306<br><7100-00 General Unsecured - § 726(a)(2)> | $ 1,878.28 | $ 1,878.28 | $ 0.00 | $ 1,878.28 | $ 32.72 |
| 12 | 01/10/24 | 610 | Jefferson Capital Systems LLC<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7100-00 General Unsecured - § 726(a)(2)> | $ 4,285.20 | $ 4,285.20 | $ 0.00 | $ 4,285.20 | $ 74.65 |
| 13 | 01/10/24 | 610 | Jefferson Capital Systems LLC<br>PO Box 772813<br>Chicago, IL 60677-2813<br><7100-00 General Unsecured - § 726(a)(2)> | $ 480.03 | $ 480.03 | $ 0.00 | $ 480.03 | $ 8.36 |
| 14 | 01/16/24 | 610 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured - § 726(a)(2)> | $ 9,404.60 | $ 9,404.60 | $ 0.00 | $ 9,404.60 | $ 163.82 |

| Printed: 08/02/25 6:48 AM | | | | | **Exhibit C**<br>**Claims Distribution Register** | | | | Page: 3 |
|---|---|---|---|---|---|---|---|---|---|

**Case: 8:23-bk-03887-RCT ALLAN DAVID BURRAGE AND ANNE MARIE BURRAGE**

| Claim# | Date | Pri | Claimant /<br>UTC | / Memo | Amount<br>Filed | Amount<br>Allowed | Paid to<br>Date | Claim<br>Balance | Proposed<br>Payment |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 01/18/24 | 610 | Synchrony Bank<br>PO Box 4457<br>Houston, TX 77210-4457 | | $ 4,576.25 | $ 4,576.25 | $ 0.00 | $ 4,576.25 | $ 79.72 |
| | | | <7100-00 General Unsecured - § 726(a)(2)> | | | | | | |
| 16 | 01/19/24 | 610 | TD Bank USA, N.A.<br>P.O. BOX 3978<br>SEATTLE, WA 98124-3978 | | $ 754.90 | $ 754.90 | $ 0.00 | $ 754.90 | $ 13.15 |
| | | | <7100-00 General Unsecured - § 726(a)(2)> | | | | | | |
| 17 | 01/22/24 | 610 | U.S. Bank NA dba Elan Financial Services<br>PO Box 5227<br>Cincinnati, OH 45201 | | $ 11,847.25 | $ 11,847.25 | $ 0.00 | $ 11,847.25 | $ 206.37 |
| | | | <7100-00 General Unsecured - § 726(a)(2)> | | | | | | |
| | | | Total for Priority 610:   1.74196% Paid | | $ 97,795.71 | $ 97,795.71 | $ 0.00 | $ 97,795.71 | $ 1,703.56 |
| 3Sub | 10/26/23 | 630 | DEPARTMENT OF THE TREASURY<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | | $ 14,858.56 | $ 14,858.56 | $ 0.00 | $ 14,858.56 | $ 0.00 |
| | | | <7400-00 Subordinated General Unsecured> | | | | | | |
| | | | Total for Priority 630:   0% Paid | | $ 14,858.56 | $ 14,858.56 | $ 0.00 | $ 14,858.56 | $ 0.00 |
| | | | Total for Unsecured Claims: | | $ 112,654.27 | $ 112,654.27 | $ 0.00 | $ 112,654.27 | $ 1,703.56 |
| | | | Total for Case: | | $ 114,303.58 | $ 114,303.58 | $ 0.00 | $ 114,303.58 | $ 3,352.87 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 8:23-bk-03887-RCT
Case Name: ALLAN DAVID BURRAGE AND
 ANNE MARIE BURRAGE
Trustee Name: Stephen L. Meininger

**Balance on hand:**   $            3,352.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:   $    3,352.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Stephen L. Meininger | 862.50 | 0.00 | 862.50 |
| Trustee, Expenses - Stephen L. Meininger | 86.81 | 0.00 | 86.81 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

Total to be paid for chapter 7 administrative expenses:   $    1,649.31
Remaining balance:   $    1,703.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:   $    1,703.56

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 1,703.56

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $97,795.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 1,886.02 | 0.00 | 32.85 |
| 2 | Quantum3 Group LLC as agent for | 70.00 | 0.00 | 1.22 |
| 3 | Department Of The Treasury | 31,908.19 | 0.00 | 555.83 |
| 4 | Capital One N.A. | 1,710.75 | 0.00 | 29.80 |
| 5 | Capital One N.A. | 752.64 | 0.00 | 13.11 |
| 6 | Capital One N.A. | 2,695.63 | 0.00 | 46.96 |
| 7 | Quantum3 Group LLC as agent for | 6,652.63 | 0.00 | 115.89 |
| 8 | Fifth Third Bank, N.A. | 6,513.39 | 0.00 | 113.46 |
| 9 | Citibank, N.A. | 3,042.19 | 0.00 | 52.99 |
| 10 | Citibank, N.A. | 9,337.76 | 0.00 | 162.66 |
| 11 | Wells Fargo Bank, N.A. | 1,878.28 | 0.00 | 32.72 |
| 12 | Jefferson Capital Systems LLC | 4,285.20 | 0.00 | 74.65 |
| 13 | Jefferson Capital Systems LLC | 480.03 | 0.00 | 8.36 |
| 14 | Resurgent Receivables, LLC | 9,404.60 | 0.00 | 163.82 |
| 15 | Synchrony Bank | 4,576.25 | 0.00 | 79.72 |
| 16 | TD Bank USA, N.A. | 754.90 | 0.00 | 13.15 |
| 17 | U.S. Bank NA dba Elan Financial Services | 11,847.25 | 0.00 | 206.37 |

Total to be paid for timely general unsecured claims: $ 1,703.56
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $14,858.56 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3Sub | DEPARTMENT OF THE TREASURY | 14,858.56 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR(5/1/2011)**